**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JUSTIN L. COWART,**                                                                                   **PLAINTIFF**
**ADC #151548**

v.                              **CASE NO. 5:16CV108 BSM**

**SEDRICK L. FOOTE, et al.**                                                                **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

Plaintiff Justin Cowart's claims against Defendant Watson are dismissed without prejudice for failure to state a claim. The Clerk of the Court is instructed to terminate Warden Watson as a party defendant.

IT IS SO ORDERED this 6th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE