IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN L. COWART,
ADC #151548                                                          PLAINTIFF

V.                                    CASE NO. 5:16-CV-108-BSM-BD

SEDRICK L. FOOTE, et al.                                           DEFENDANTS

RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**

    This Recommended Disposition ("Recommendation") has been sent to Chief

Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you

file objections, they must be specific and must include the factual or legal basis for your

objection.  Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

    If no objections are filed, Judge Miller can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

II.   **Discussion**

    Justin L. Cowart filed this lawsuit without the help of a lawyer under 42 U.S.C.

§ 1983.  He is proceeding *in forma pauperis*.  (Docket entries #2, #3)  Mr. Cowart is no

longer incarcerated at the Varner Supermax Unit of the Arkansas Department of

Correction, as evidenced by mail returned to the Court as undeliverable on October 5,

2016.  (#21, #23, #24)

Mr. Cowart did not notify the Court of his new address, however, as required by the Court's local rules.  The Court gave him thirty days from October 6, 2016, to provide notice of a current address and specifically warned him that his failure to comply could result in the dismissal of this case under Local Rule 5.5(c)(2).  (#22)  As of this date, Mr. Cowart has failed to respond to the Court's October 6 Order.  The deadline for complying has expired.

## III.  <u>Conclusion</u>

The Court recommends that Mr. Cowart's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's October 6, 2016 Order.

DATED this 9th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2