**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JUSTIN L. COWART,**                                                             **PLAINTIFF**
**ADC #151548**

**v.**                       **CASE NO. 5:16CV108 BSM**

**SEDRICK L. FOOTE, et al.**                                          **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 25] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Justin Cowart's complaint [Doc. No. 2] is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 30th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE